BRUCE A. KILDAY (S.B. 066415)
  Email: bkilday@akk-law.com
JOHN A. WHITESIDES (S.B. 125611)
   Email: jwhitesides@akk-law.com
SEAN D. O'DOWD (S.B. 296320)
  Email: sodowd@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants CITY OF ROCKLIN, CHRIS OSBORN, JOHN CONSTABLE and BREANNA ADAMS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL CRUZ, et al., | Case No.: 2:17-cv-01628-MCE-EFB |
| Plaintiffs, | |
| vs. | **STIPULATION FOR PROTECTIVE ORDER; ORDER THEREON** |
| CITY OF ROCKLIN, et al., | |
| Defendants. | |

IT IS HEREBY AGREED AND STIPULATED BETWEEN THE PLAINTIFF, AND DEFENDANTS CITY OF ROCKLIN, CHRIS OSBORN, JOHN CONSTABLE, AND BREANNA ADAMS (hereinafter collectively referred to as "the Parties"), that all documents produced in this case pursuant to Fed. Rules Civ. Proc., rules 26, 30, 34 & 45 shall be governed by this protective order.

Absent a separate agreement between the Parties, in writing, all documents produced in this case shall be used by the Parties solely for the purpose of prosecuting and defending the above-captioned case. The documents shall not be duplicated, reproduced, transmitted, or communicated to any person for any reason other than counsel; clients; experts retained for the purpose of furthering the defense of or prosecution of the Plaintiff's case; deposition and trial

1  witnesses; mediator or third party neutral; or the Court. The copying of produced documents is to
2  be conducted in-house and shall not be done by outside third party vendors.
3     All copies of protected documents distributed by counsel to any Party for purpose of
4  prosecuting or defending the litigation shall be returned to counsel at the conclusion of the
5  litigation and counsel shall store and ultimately destroy the documents consistent with individual
6  firm policy.
7     Nothing in this agreement shall be interpreted to limit Plaintiff's ability to obtain and
8  disseminate documents procured outside this litigation, including, but not limited to, documents
9  obtained pursuant to a request under the California Public Records Act (Gov. Code § 6250 *et.*
10 *seq.*).
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1      This Order shall constitute a protective order pursuant to Fed. Rules Civ. Proc., rule 26(c)
2 and shall be enforceable as set forth therein.
3 The above is stipulated to by the respective counsel for the parties as follows:
4      **IT IS SO STIPULATED.**

6 Dated: January 3, 2018      ANGELO, KILDAY & KILDUFF, LLP

*/s/ Sean D. O'Dowd*
By:_____
BRUCE A. KILDAY
SEAN D. O'DOWD
Attorneys for Defendants
CITY OF ROCKLIN, CHRIS OSBORN,
JOHN CONSTABLE and BREANNA ADAMS

14 Dated: December 20, 2017      LAW OFFICE OF KELLAN PATTERSON

*/s/ Kellan Patterson [as authorized 12/20/17]*
By:_____
KELLAN PATTERSON
Attorneys for Plaintiffs

20      IT IS SO ORDERED.
21 Dated: January 3, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE