# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL CRUZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ROCKLIN, as a municipal corporation; CHRIS OSBORN, in his individual capacity; JOHN CONSTABLE, in his individual capacity, BREANNA ADAMS, in her individual capacity; and DOES 1-50,<br><br>Defendants. | No. 2:17-cv-01628-MCE-EFB<br><br>**ORDER** |

On February 4, 2019, all named Defendants in this matter moved for summary judgment as to all claims asserted against them by Plaintiffs in this wrongful death lawsuit. On February 21, 2019, Plaintiffs filed a Statement of Non-Opposition to Defendants' Motion in accordance with E.D. Local Rule 230(c). Given that non-opposition, and good cause appearing, Defendants' Motion (ECF No. 22) is GRANTED and the Court orders that summary judgment be entered in favor of the Defendants.

////

////

////

1

Since this matter is now concluded in its entirety, the Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: February 28, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE